United States District Court
Southern District of Texas

**ENTERED**

July 31, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| HEATHER WOLFE GUERRA., | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 4:25-cv-02923 |
| | § | |
| CITY OF BAYTOWN POLICE | § | |
| DEPARTMENT, et al., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is the Unserved Defendants' Motion to Dismiss (ECF No. 9) and Officer Parker's Motion for Summary Judgment (ECF No. 10). The Motions were referred to Magistrate Judge Richard W. Bennett for a report and recommendation. ECF No. 14. On July 14, 2026, Judge Bennett issued a Report and Recommendation recommending that both motions be granted. Judge Bennett recommended that Plaintiff's Original Petition (ECF No. 1-2 at 2–22) be dismissed without prejudice as to Baytown, Officer Puga, and Officer Street, and dismissed with prejudice as to Officer Parker. The deadline for filing objections passed on July 28, 2026, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, the Unserved Defendants' Motion to Dismiss (ECF No. 9) is **GRANTED** and Officer Parker's Motion for Summary Judgment (ECF No. 10) is **GRANTED**. Plaintiff's Original Petition (ECF No. 1-2 at 2–22) is **DISMISSED WITHOUT PREJUDICE** as to Baytown, Officer Puga, and Officer Street, and **DISMISSED WITH PREJUDICE** as to Officer Parker.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on this the 31st of July, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE